# United States District Court
# For The Western District of North Carolina
# Asheville Division

HOWARD MOLTON,

    Plaintiff(s),

vs.

GENERAL ELECTRIC CAPITAL
ASSURANCE COMPANY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:03cv289

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 14, 2006 Order.

February 14, 2006

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*

Elizabeth Barton, Deputy Clerk